J. Mark Pohl
PHARMACEUTICAL PATENT ATTORNEYS, LLC
55 Madison Avenue, 4th floor
Morristown, NJ   07960
(973) 984-6159
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| HP Ingredients Corp. | : | Civil Action 3:21-cv-16800 |
| Plaintiff | : | |
| | : | |
| vs | : | |
| | : | Electronically Filed |
| Sabinsa Corporation | : | |
| Defendant | : | **Corporate Disclosure** |
| | : | **Statement** |

The undersigned counsel for Plaintiff certifies that this party is a non-governmental corporate party and this party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

Dated September 13, 2021      s/ J. Mark Pohl, Esq.
Morristown, New Jersey         PHARMACEUTICAL PATENT ATTORNEYS, LLC
                                55 Madison Avenue, 4th floor
                                Morristown, NJ 07960
                                ☎ (973) 984-6159 x304
                                ✉ Mark.Pohl@LicensingLaw.Net

                                *Attorneys for Plaintiff*