J. Mark Pohl
PHARMACEUTICAL PATENT ATTORNEYS, LLC
55 Madison Avenue, 4th floor
Morristown, NJ   07960
(973) 984-6159
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| HP Ingredients Corp. | : | Civil Action 3:21-cv-16800 |
| Plaintiff | : | |
| | : | |
| vs | : | |
| | : | Electronically Filed |
| Sabinsa Corporation | : | |
| Defendant | : | **Certificate of Service** |

    I, J. Mark Pohl, Esq., attorney for Plaintiff HP INGREDIENTS CORP., hereby certify that I today served, by electronic filing via CM/ECF and also by First Class Mail, postage prepaid, to Defendant's counsel of record (Mr. Jonathan R. Miller, Esq., The Law Firm of Jonathan R. Miller, 100 Overlook Center, 2nd floor, Princeton, NJ 08540), the following documents:

    Plaintiff's Corporate Disclosure Statement
    Plaintiff's Local Rule 10.1(a) List of Parties and Counsel
    Plaintiff's Local Rule 11.2 Certification

Dated September 13, 2021    s/ J. Mark Pohl, Esq.
Morristown, New Jersey      PHARMACEUTICAL PATENT ATTORNEYS, LLC
                                      55 Madison Avenue, 4th floor
                                      Morristown, NJ 07960
                                      ☎ (973) 984-6159 x304
                                      ✉ Mark.Pohl@LicensingLaw.Net

                                      *Attorneys for Plaintiff*