J. Mark Pohl
PHARMACEUTICAL PATENT ATTORNEYS, LLC
55 Madison Avenue, 4th floor
Morristown, NJ   07960
(973) 984-6159
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| HP Ingredients Corp. | : | Civil Action 3:21-cv-16800 |
| Plaintiff | : | |
| | : | |
| vs | : | |
| | : | Electronically Filed |
| Sabinsa Corporation | : | |
| Defendant | : | **L.R. 11.2 Certification** |

Pursuant to Local Civil Rule 11.2, the undersigned, attorney of record for Plaintiff, hereby certifies that to the best of my knowledge and based upon the information available to me, the matter in controversy is not the subject of any other action pending in any court or of any pending arbitration or administrative proceeding.

Dated September 13, 2021         s/  J. Mark Pohl, Esq.
Morristown, New Jersey            **Pharmaceutical Patent Attorneys, LLC**
                                  55 Madison Avenue, 4th floor
                                  Morristown, NJ 07960
                                  ☎ (973) 984-6159 x304
                                  ✉ Mark.Pohl@LicensingLaw.Net

                                  *Attorneys for Plaintiff*