J. Mark Pohl
PHARMACEUTICAL PATENT ATTORNEYS, LLC
55 Madison Avenue, 4th floor
Morristown, NJ   07960
(973) 984-6159
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HP Ingredients Corp. | Civil Action 3:21-cv-16800 |
| Plaintiff | |
| vs | |
| | Electronically Filed |
| Sabinsa Corporation | |
| Defendant | **Local Rule 10.1(a) List** |

Pursuant to Local Civil Rule 10.1(a), this is a Service List that sets forth names and addresses for each party and counsel of record in the above captioned action;

| PLAINTIFF | DEFENDANT |
|---|---|
| HP Ingredients Corp. | Sabinsa Corporation |
| 707 24th Ave. West | 20 Lake Drive |
| Bradenton, FL 34205 | East Windsor NJ 08520 |
| | |
| COUNSEL | COUNSEL |
| J. Mark Pohl, Esq. | Jonathan R. Miller, Esq. |
| Pharmaceutical Patent Attorneys, LLC | The Law Firm of Jonathan R. Miller |
| 55 Madison Avenue, 4th floor | 100 Overlook Center, 2nd floor |
| Morristown, NJ 07960 | Princeton, NJ  08540 |
| ☎ (973) 984-6159 x304 | ☎ (609) 955-1226 |
| ✉ Mark.Pohl@LicensingLaw.Net | ✉ jonathan.miller@lawyer.com |

Dated September 13, 2021  s/ J. Mark Pohl, Esq.
Morristown, New Jersey  **PHARMACEUTICAL PATENT ATTORNEYS, LLC**
 55 Madison Avenue, 4th floor
 Morristown, NJ 07960
 ☎ (973) 984-6159 x304
 ✉ Mark.Pohl@LicensingLaw.Net

 *Attorneys for Plaintiff*