# Exhibit 2

*(to Sabinsa discovery letter, dated 2/23/24)*

# Info

| | |
|---|---|
| **From:** | Hame Persaud |
| **Sent:** | Tuesday, January 9, 2024 2:57 PM |
| **To:** | Info |
| **Subject:** | FW: Friends & Fam and PharmaCare |

On Tue, Oct 31, 2023 at 8:26 AM Hame Persaud <hame@hpingredients.com> wrote:

Hi Kenn,

Always a pleasure seeing you! Perhaps we can follow up on a few things:

1. Apologies, we had a run on LJ100®, and did not have any for the show!

    But you may order with the 40% off product code is **Friends & Family** for www.nhrscience.com

2. Thanks so much for introducing me to PharmaCare.

    Just to confirm, the lady we meet with Carl Gagnon was Nahrain Lozusic?

    It was a great intro, and I'm putting together a follow up email.

    I think a Zoom or Teams meeting would be the best next step.

    Maybe you and I can chat about re-engaging with them to really capture their attention.

1

So, a carefully crafted email with e-book attachments might be helpful, as well as a corporate ppt. presentation, see attached? [needs updating with Bergacyn™]

3.  Lastly, we should chat about the ParActin® trademark issue. I think Omid should be contacting you soon.

Thanks!

Best regards,

*Hame*

Hame K Persaud

Executive Vice President

HP Ingredients

(941) 749-7066 ext. 300

2

HP_0007004